# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| REHAB BUILDERS, INC., ) | |
|     Plaintiff, ) | |
| ) | Civil Action No. 1:21-cv-682 |
| v. ) | |
| ) | |
| ARCH SPECIALTY INSURANCE ) | |
| COMPANY ) | |
|     Defendant. ) | |
| _____) | |

## UPDATED NOTICE OF PENDING SETTLEMENT

Plaintiff, Rehab Builders, Inc., (hereinafter "Rehab"), by and through its undersigned counsel, hereby updates its notification to the Court and all parties to this action confirming that a settlement between the Rehab and Arch Specialty Insurance Company, (hereinafter "ASIC") has been reached. Unfortunately, receipt of a settlement check is necessary before a voluntary dismissal with prejudice can be filed in this case and it appears that the check has been lost in transit and has not been received. It may be necessary to stop payment and reissue the check and, with current holiday mail and overnight delivery volumes, it is difficult to predict when will the dismissal will be ready for filing. It seems is reasonable to believe that the dismissal can be filed by January 11, 2022. The parties appreciate the Court's patience and consideration.

This the 21st day of December 2021.

/s/ Jack B. Bayliss, Jr.
Jack B. Bayliss, Jr. (NCSB 8637)
*Attorney for Plaintiff*
CARRUTHERS AND ROTH, P.A.

P.O. Box 540
235 N. Edgeworth St. (27401)
Greensboro, NC 27402
Phone: (336)-379-8651
Email: jbayliss@crlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing *Updated Notice of Pending Settlement* via the CM/ECF system, which will automatically send e-mail notification of such filing to all parties appearing in this action through counsel. In addition, I served the following counsel via email:

>Steve J. Rapp
>srapp@wwhgd.com
>Josh S. Wood (NCSB 51851)
>jwood@wwhgd.com
>Weinberg Wheeler Hudgins Gunn & Dial
>3344 Peachtree Road NE
>Suite 2400
>Atlanta, GA 30326
>*Attorneys for Defendant*

This the 21st day of December, 2021.

>/s/ Jack B. Bayliss, Jr.
>Jack B. Bayliss, Jr. (NCSB #8637)
>CARRUTHERS & ROTH, P.A.
>P.O. Box 540
>235 N. Edgeworth St. (27401)
>Greensboro, NC 27402
>Phone: (336)-379-8651
>Email: jbayliss@crlaw.com