UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| REHAB BUILDERS, INC., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | Civil Action No. 1:21-cv-682 |
| v. | ) | |
| | ) | |
| ARCH SPECIALTY INSURANCE COMPANY | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

The Plaintiff Rehab Builders, Inc. (Rehab), pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and prior to the Defendant Arch Specialty Insurance Company (ASIC) filing answer or otherwise appearing in this action, voluntarily dismisses, WITH PREJUDICE, all claims asserted or that might have been asserted against the Defendant ASIC in this action.

This the 7th day of January, 2022

/s/ Jack B. Bayliss, Jr.
Jack B. Bayliss, Jr. (NCSB 8637)
*Attorney for Plaintiff*
CARRUTHERS AND ROTH, P.A.
P.O. Box 540
235 N. Edgeworth St. (27401)
Greensboro, NC 27402
Phone: (336)-379-8651
Email: jbayliss@crlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing *Notice of Voluntary Dismissal* via the CM/ECF system, which will automatically send e-mail notification of such filing to all parties appearing in this action through counsel. In addition, I served the following counsel via email:

> Steve J. Rapp
> srapp@wwhgd.com
> Josh S. Wood (NCSB 51851)
> jwood@wwhgd.com
> Weinberg Wheeler Hudgins Gunn & Dial
> 3344 Peachtree Road NE
> Suite 2400
> Atlanta, GA 30326
> *Attorneys for Defendant*

This the 7th day of January, 2022.

/s/ Jack B. Bayliss, Jr.
Jack B. Bayliss, Jr. (NCSB #8637)
CARRUTHERS & ROTH, P.A.